JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PIMENTEL, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC, a Delaware corporation, and DOES 1-50,<br><br>Defendants.Defendants. | CASE NO. 2:22-cv-03714 AB (MRWx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated:_May 23, 2023

_____
Hon. André Birotte Jr.
UNITED STATES DISTRICT
COURT JUDGE